NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  21-mj-0148 (RMM)

Christina Gerding
　　　(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jerry Ray Smith, Jr., D.C. Bar No. 448699
_(Attorney & Bar ID Number)_
Jerry Ray Smith, Jr., Attorney at Law
_(Firm Name)_
717 D Street, N.W., Suite 310
_(Street Address)_
Washington, DC 20004
_(City)    (State)    (Zip)_
(202) 347-6101
_(Telephone Number)_