AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00148 |
| Christina Gerding | ) | Assigned to: Judge Zia M. Faruqui |
| AKA: N/A | ) | Assign Date: 1/19/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Christina Gerding                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date: __January 21, 2021__

2021.01.21 20:42:04 -05'00'
*Issuing officer's signature*

City and state:        Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __01/21/2021__, and the person was arrested on *(date)* __01/28/2021__
at *(city and state)*   Quincy, IL

Date: __01/29/2021__

Craig Kmett
*Arresting officer's signature*

Craig Kmett - SDUSM
*Printed name and title*