

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 16, 2021

**Eugene Ohm**
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

and

**Jerry Ray Smith , Jr.**
JERRY RAY SMITH, JR., ATTORNEY AT LAW
717 D Street, NW, Suite 310
Washington, DC 20004

      Re:    *United States v. Jason and Chrisine Gerding*
                   Case No. 1:21-cr-00131-PLF

Dear Mr. Ohm and Smith:

      The Government is supplementing its two prior discovery productions today with a significant number of investigative matter as well as material that has been under seal and subject to Rule 6(e). We will continue to supplement the discovery in this case. Enclosed in this discovery production are the following materials that have been served via **USAFx:**

      a.  Christina Gerding recorded interview with the FBI.
      b.  Jason Gerding recorded interview with the FBI.

      FBI Serials and other documentation that have been provided in this discovery production have been produced in 3 PDF batches as listed below with documents regarding the investigation of both defendants in this case. To assist in your review of the data, please note that the documents with file numbers that end in 093 generally emanate from Christina Gerding's file, while the documents that end in 095 generally emanate from Jason Gerding's file, although some files are cross-referenced each file. I anticipate that additional investigative material will be

produced pursuant to our "fast track" discovery process within the next couple of weeks to supplement the items below, and they will be deduplicated and correspond specifically to each defendant's investigation. However, you have now been provided with the vast majority of FBI Serials. Our investigation continues and additional material will be provided along with that investigation.

Please note that the documents produced have been redacted to protect the identity of "tipsters" and their personal information. Also, the "highly sensitive" designations correspond mainly with material processed through the FBI's TTK database. If you have any questions, please contact me.

Here is a summary of the items produced:

A) Batch 1 of 3

| |
|---|
| Serial 1 - Christina Gerding identified as being unlawfully inside the U.S. Capitol during civil unrest and opening document |
| Serial 2 – noting mages obtained of Christina Gerding at US Capitol |
| Serial 3 – noting Open Source photos of Jason Gerding at the U.S. Capitol |
| Serial 4 – documenting communication with Central District AUSA regarding forthcoming legal process. |
| Serial 5 – to cover lead to Springfield Field Office (SI) |
| Serial 6 -- documenting approval of a prosecution packet submitted for Christina Gerding. |
| Serial 7 -- scrape of Twitter account: @Gerding_Jason |
| Serial 8-- interview of tipster |
| TTK Report generation date March 31, 2021 |
| Serial 9 -- TTK Reports 012021-1631/1739 JASON/CHRISTINE GERDING |
| Serial 10 -- Arrest Affidavit final draft has been submitted for AUSA approval in DC Federal Court. |
| Serials 11 and 12 Arrest Warrant(s) and Complaint(s) for Jason and Christina Gerding. |
| Serial 13 – TTK review – Public Tip |
| Serial 14 – noting issuance of warrant by USDC for the Central District of Illinois - These documents follow Serial 14 in this production -- Criminal Complaint re Christina Gerding, Sealing Order |
| Serial 16—Search of 2418 N. 12th, Quincy, IL |
| Serial 17 – Evidence collected at 2418 North 12th St., Quincy, IL |
| Serial 18 –TTK review of public tip |
| Serial 19 Booking forms for Gerdings |

2

| |
|---|
| Serial 20 -noting Christina Gerding arrest and search warrant completed<br> - these documents follow Serial 20 in this production<br>  - Criminal Complaint re Jason Gerding,<br> - Affidavit in Support of Criminal Complaint and Arrest Warrant regarding Christina Gerding and Jason Gerding<br> -Sealing Order<br>-Criminal Complaint and Arrest Warrant documentation regarding Christina Gerding<br>-TTK records |
| Serial 21 – noting Christina Gerding arrest and search warrant completed |
| Serial 22—Child victim/witness information |
| Serial 24 documenting return of property |
| Serial 25 –Child victim/witness  information<br>- -these documents follow Serial 25 in this production<br>    ADVICE OF RIGHTS  on 1/28/2<br>    Receipt of Property |
| Serial 26 – Interview of Christine Gerding<br>  - these documents follow Serial 26 in this production --CRIMINAL COMPLAINT and ARREST WARRANT regarding Jason Gerding, and  TTK Report |
| Serial 27 – Operation plan |
| Serial 28 –noting extraction files |
| Serial 29 – Digital Evidence Lab Report Examination |
| Serial 30 – FD-302 -Jason Gerding interview |
| Serial 31 -TTK review public tip |
| Serial 32 -TTK review public tip |
| Serial 33 - noting arrest and search warrant re C. Gerding |
| Serial 34 -TTK review of public tip |
| Serial 35 TTK review of public tip |
| Serial 35 – TTK review of public tip |
| Serial 36 – documenting uploading of images from C. Gerding's Apple Iphone to USAfx<br><br>These documents follow in sequence after Serial 36 in this production although not associated with Serial 36—<br>- Receipt of property<br>- TTK Report generation date March 10, 2021<br>- Search Warrant Execution Log<br>- Evidence Collected Item Log<br>- Photographic Log |

3

| |
|---|
| • Application for warrant for search of Gerding residence |
| Serial 40 -- Fw MPDC TipFw MPD Tips |
| TTK Report generation date March 31, 2021 |
| Serial 41 –noting conducting social media searches on 10 January 2020, Springfield |
| Serial 42 – noting tip on 01/07/2021 |
| Serial 43 – noting telephonic interview of tipster |
| Serial 44 -- TTK review of public tip submitted through http://www.fbi.gov/USCapitol |
| Serial 45 -- Images from Twitter |
| Serial 45 --noting review of Twitter account |
| Serial 46 --  FD-930 Christina L Gerding |
| Serial 48 – TTK review of public tip |
| Serial 49 -noting completion of manifest |
| TTK Report generation date March 8, 2021 |
| 1A/1C – noting video of the @Gerding_Jason Twitter account |
| Images of defendants and social media |

B) <u>Batch 2 of 3</u>

| |
|---|
| Physical 1A/IC Cover Sheet created from Serial 30 referencing interview notes and recorded interview |
| TTK Report generation date February 26, 2021 |
| Serial 2 includes arrest warrants and, orders to seal, and criminal complaints for Gerdings |
| Serial 8 – Interview of tipster |
| Serial 10 nothing Arrest Affidavit final draft |
| Serials 11 Arrest Warrant(s) and Complaint(s) for Jason and Christina Gerding. |
| Physical 1Z/1C Cover Sheet fo regarding video of @Gerding_Jasopn Twitter |
| Serial 13 TTK review public tip |
| Serial 14– noting issuance of warrant by USDC for the Central District of Illinois  - Application for a Warrant by Telephone, Sealing Order |
| Serial 15 noting issuance of arrest warrant for the Gerdings Noting IA  - warrants and associated documents – Criminal Complaints, Arrest Warrants, |
| Serial 17 – Evidence collected at 2418 North 12th St., Quincy, IL |
| TTK Report – generation date January 29, 2021 |
| Serial 18 –TTK review of public tip |
| Serial 19 Booking forms for Gerdings |
| Serial 20 -noting Christina Gerding arrest and search warrant completed |
| Serial 21 noting Christina Gerding arrest and search warrant completed |

| |
|---|
| Serial 22—Child victim/witness information |
| -Receipt of property Search Warrant Execution Log<br>-Evidence Collected Item Log |
| Serial 23 CART request regarding electronic evidence recovered during search of 2418 N. 12th, Quincy, Illinois |
| Serial 24 documenting return of property |
| Serial 25 –Child victim/witness information<br>-receipt for property |
| Serial 26 Interview of Chrisina Gerding<br>Advice of Rights Form |
| Serial 27 Operational plan |
| Serial 28 noting extraction files |
| Serial 29 – Digital Evidence Lab Report Examination |
| Serial 30 – FD-302 -Jason Gerding interview |
| Serial 31 -   TTK review public tip |
| Serial  –33 noting C. Gerding was arrested and a search warrant was completed |
| Serial 35 – TTK review public tip |
| Serial 36 –documenting uploading of images from C. Gerding's Apple Iphone to USAfx |
| Serial 37 – TTK review public tip |
| IA/1C Cover Sheet for referencing photograph taken during the seach of 2418 N.12 th Street, Quincy, Illinois<br>-Photographic Log |
| Serial 38 – noting DEL REX -Digital Evidence Lab Report of Examination<br>-These materials follow Serial 38 in this production – TTK report regarding tip |
| Serial 39 – TTK Review of Tip |
| Serial 40 – Subfile Opening Document regarding Christina Gerding |
| Serial 41 – notes social media searches |
| Serial 42 -notes tip provided, TTK report on tip |

| |
|---|
| Serial 43 – FD 302 note tip provided |
| TTK report – generation date January 19, 2011 regarding public tip |
| Serial 44 -- TTK review of public tip submitted through http://www.fbi.gov/USCapitol |
| Serial 45 noting review of Twitter account |
| Serial 47 FD-930 validated by TREX (Terrorist Member Entry Form) |
| Serial 48 – TTK review of public tip |
| Serial 49 -noting completion of manifest |

   C)  <u>Batch 3 of 3</u>

| |
|---|
| Serial 1 - Christina Gerding identified as being unlawfully inside the U.S. Capitol during civil unrest and opening document |
| Serial 2 – noting mages obtained of Christina Gerding at US Capitol |
| Serial 3 – noting Open Source photos of Jason Gerding at the U.S. Capitol |
| Serial 4 – documenting communication with Central District AUSA regarding forthcoming legal process.<br>  - These materials follow Serial 4 in this production--<br>   - Report of Examination by FBI Digital Evidence Laboratory<br>  -email regarding MPDC tips |
| Serial 5 – to cover lead to Springfield Field Office<br>These materials follow Serial 5 in this production--<br>  - Report of Examination by FBI Digital Evidence Laboratory<br> - Unclassified/LES |
| Serial 6 -- documenting approval of a prosecution packet submitted for Christina Gerding.<br>These materials follow Serial 6 in this production<br> -schematic of evidence collection<br>-warrant by Telephone or Other Reliable Electronic Means |
| Serial 7 -- scrape of Twitter account: @Gerding_Jason |
| Serial 38 – noting DEL REX -Digital Evidence Lab Report of Examination<br>-These materials follow Serial 38 in this production – TTK report regarding tip |
| Serial 39 – TTK Review of Tip |
| Serial 40 – Subfile Opening Document regarding Christina Gerding |
| Serial 41 – notes social media searches |
| Serial 43 – FD 302 note tip provided |

| |
|---|
| TTK report – generation date January 19, 2011 regarding public tip |
| Serial 44 -- TTK review of public tip submitted through http://www.fbi.gov/USCapitol |
| Serial 45 noting review of Twitter account |
| Serial 47 FD-930 validated by TREX  (Terrorist Member Entry Form) |
| Serial 48 – TTK review of public tip |
| Serial 49 -noting completion of manifest |

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ Anthony L. Franks
Anthony L. Franks
Assistant United States Attorney