# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-00131- PLF |
| : | |
| JASON GERDING and : | |
| : | |
| CHRISTINA GERDING., : | |
| : | |
| Defendants. : | |

## FEBRUARY 24, 2022 JOINT STATUS REPORT

The United States of America, through counsel, and Defendants Jason Gerding and Christina Gerding, through counsel, hereby submit their February 24, 2022 Joint Status Report pursuant to the Court's February 15, 2022 Minute Order and state as follows:

1. The Defendants in this case have been charged by Information with violations of 18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building).

2. The Government has substantially completed providing Defendants with discovery in this case consisting of, but not limited to the following:

   a. CCTV video from January 6, 2021;

   b. Video recordings from Defendants' Go-Pro device;

   c. Defendant Jason Gerding's recorded interview with the FBI;

   d. Returns from social media warrants;

   e. FBI reports; and

      f. Voluminous discovery, which pertains to the January 6, 2021 insurrection and has been served via USAfx and the Relativity database (the primary vehicle of searchable discovery that is being shared with all January 6th defendants).

3. The Government has also provided defense counsel access to a tour of the crime scene, which has been directed by the United States Capitol Police.

4. On June 2, 2021, the Government proposed a guilty plea to the 40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building) charge of the Information, which defendants have rejected.

5. On February 9, 2022, the Court granted the Defendants' "Consent Motion to Continue Status Hearing for Sixty Days" to allow defense counsel to obtain access to and training on the use of Relativity. The Court continued the status conference until April 8, 2022, and, in the interest of justice, the Speedy Trial Act was tolled up through April 8, 2022.

6. The Court requested that the parties propose dates after April 11, 2022 to set a status conference in this case. The parties propose to set a status conference on either of the following dates, which are generally available at this time for the parties:

      a. April 20, 2022;

      b. April 22, 2022 up until 3 p.m. EST; and

      c. April 25, 2022.

7. The parties expect to discuss at the status conference defense counsels' progress in accessing and obtaining training for the use of the Relativity database, and their review of the discovery therein. The parties also expect to discuss possibly setting this case for trial.

A. J. KRAMER FEDERAL PUBLIC DEFENDER

By: /s/ Eugene Ohm
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
**Counsel for Defendant Jason Gerding**

JERRY RAY SMITH, JR., ATTORNEY AT LAW

By: /s/ Jerry Ray Smith, Jr.
JERRY RAY SMITH, JR.
717 D Street, NW, Suite 310
Washington, DC 20004-2812
**Counsel for Defendant Christina Gerding**

and

MATTHEW W. GRAVES
United States Attorney
D.C. Bar No. 4871052

By:/s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

3