UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00131-PLF |
| | : | |
| JASON GERDING | : | |
| | : | |
| and | : | |
| | : | |
| CHRISTINA GERDING, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America and Defendants Jason Gerding and Christina Gerding, by and through their undersigned counsel, provide this Joint Status Report:

1. The Defendants are charged in a four count Information with violating the following statutes: Count One, 18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds); Count Two, 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds), Count Three , 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); Count Four, 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. Jury-trial is set in this case for April 17, 2023.

3. A status conference is set in this case for August 3, 2022.

4. The parties propose to set another status conference in this case during the week of November 14, 2022.

5. The parties propose the following pretrial motions deadlines:

    a. All Motions to Dismiss must be filed by December 2, 2022.

    b. All oppositions to any Motions to Dismiss must be filed by January 14, 2023.

    c. All replies regarding any Motions to Dismiss must be filed by February 10, 2023.

    d. All Motions in Limine and Daubert Motions must be filed by February 10, 2023.

    e. All oppositions to Motions in Limine and Daubert Motions must be filed by February 24, 2023.

    f. Any replies regarding Motions in Limine and Daubert Motions must be filed by March 3, 2023.

6. The parties propose to have a Final Pretrial Conference the week of April 3, 2023.

7. The parties propose that the Court enlist a jury panel of 70 members to account for the parties respective peremptory challenges and potential challenges for cause.

Respectfully Submitted,

J. KRAMER FEDERAL PUBLIC DEFENDER

By: /s/ Eugene Ohm
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
**Counsel for Defendant Jason Gerding**

JERRY RAY SMITH, JR., ATTORNEY AT LAW

By: /s/ Jerry Ray Smith, Jr.
JERRY RAY SMITH, JR.
717 D Street, NW, Suite 310
Washington, DC 20004-2812
**Counsel for Defendant Christina Gerding**

and

MATTHEW W. GRAVES
United States Attorney
D.C. Bar No. 4871052

By:/s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

4